# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS LEVANDOSKI, *et al.*, | ) |
| Plaintiffs, | ) Case No. 2:09-cv-01152-RCJ-GWF |
| vs. | ) **ORDER** |
| GRANDVIEW MARKETING, INC., *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on Plaintiffs' Motion for Leave to File Late Consent Form for David Kruchek (#106), filed June 25, 2010; Plaintiffs' Motion for Leave to File Late Consent Forms for Marshan Ross, Pilar Hilton and Gloria Phillips (#107), filed June 28, 2010; Plaintiffs' Motion for Leave to File Late Consent Forms for Brendan McGhee and Ingrid Zalaya (#108), filed June 29, 2010; Defendant Grandview Marketing, Inc.'s Opposition to Motions for Leave to File Late Consent Forms (#110), filed July 12, 2010; Plaintiffs' Motion for Leave to File Late Consent Form for Kevin Rowlands (#112), filed July 14, 2010; Defendants' Opposition to Motion for Leave to Join Late Plaintiff Kevin Rowlands (#117), filed July 26, 2010; Plaintiffs' Motion for Leave to File Late Consent Forms for Clarence Rice and Yan Li (#119), filed July 29, 2010; Plaintiffs' Motion for Leave to File Late Consent Forms for Harry Ridge and Robert Matuszewski (#120), filed July 30, 2010; Plaintiffs' Motion for Leave to File Late Consent Form for Kevin Angles (#122), filed July 30, 2010. The Court held a hearing on this matter on August 2, 2010.

Upon consideration of the pleadings and the argument offered at the August 2, 2010 hearing, the Court finds that Plaintiffs have not demonstrated good cause for the Court to grant leave to allow the filing of late consent forms.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Leave to File Late Consent Form for David Kruchek (#106), Motion for Leave to File Late Consent Forms for Marshan Ross, Pilar Hilton and Gloria Phillips (#107), Motion for Leave to File Late Consent Forms for Brendan McGhee and Ingrid Zalaya (#108), Motion for Leave to File Late Consent Form for Kevin Rowlands (#112), Motion for Leave to File Late Consent Forms for Clarence Rice and Yan Li (#119), Motion for Leave to File Late Consent Forms for Harry Ridge and Robert Matuszewski (#120), Motion for Leave to File Late Consent Form for Kevin Angles (#122) are **denied**.

DATED this 2nd day of August, 2010.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge