FILED ✓
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 1 8 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDDIE PAGE, individually and on behalf of other employees similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GRANDVIEW MARKETING, INC., and KEVIN M. SHEEHAN,<br><br>Defendants. | Case No. 2:09-cv-01150-RCJ-GWF |
| THOMAS LEVANDOSKI, MICHAEL MORETTI and JOYCE VANCE, individually and on behalf of other employees similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>GRANDVIEW MARKETING, INC., and KEVIN M. SHEEHAN,<br><br>Defendants. | Consolidated with:<br><br>Case No. 2:09-cv-01152-RCJ-GWF |

### ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT AND DISMISSAL OF CASES WITH PREJUDICE

This matter came before the Court on the parties' Joint Motion to Approve Settlement. Good cause appearing:

. . .

06195-15/705269.doc

1  IT IS HEREBY ORDERED that the Joint Motion to Approve Settlement is granted in its entirety;

2  IT IF FURTHER ORDERED that all of the individuals listed in the Tolling Agreement, attached to the Joint Motion to Approve Settlement as Exhibit 1, are joined as Plaintiffs;

3  IT IF FURTHER ORDERED that the Mediation Settlement, attached to the Joint Motion to Approve Settlement as Exhibit 2, as reallocated by Plaintiffs, is approved as a fair and reasonable compromise of a bona fide dispute under the FLSA; and

4  IT IF FURTHER ORDERED that these consolidated cases, Case Nos. 2:09-cv-01150-RCJ-GWF and 2:09-cv-01152-RCJ-GWF, are dismissed in their entirety with prejudice, each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: March 18, 2011

06195-15/705269.doc